# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELENE JESSICA GOMEZ,<br><br>Defendant. | Case No. 15-CR-2651-LAB<br><br>**ORDER REVOKING ORDER OF TEMPORARY DETENTION AND DETAINING DEFENDANT PENDING STATUS HEARING** |

IT IS HEREBY ORDERED that the Order of Temporary Detention order issued on November 29, 2021 by United States Magistrate Judge Margo A. Rocconi in Case No. 21-MJ-5405 (Central District of California) be revoked.

IT IS FURTHER ORDERED that Defendant be detained without bail pending appearance before the undersigned judge pursuant to the Mandatory Detention Act, 18 U.S.C. § 3143(a)(2).

DATED: December 3, 2021

*[signature]*
HON. LARRY A. BURNS
United States District Judge

Cc: United States Magistrate Judge Margo A. Rocconi